**La Wana S. RAIKES (Boone), Appellant,**

v.

**Larry W. RAIKES, Sr., Respondent.**

**No. WD 60190.**

Missouri Court of Appeals,
Western District.

Oct. 15, 2002.

Connie J. Boysen, Overland Park, KS, for appellant.

Cheri C. Simpkins, Independence, MO, for defendant.

R. Scott Richart, Independence, MO, for respondent.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Ms. La Wana S. Raikes appeals the judgment of the trial court, which dissolved the marriage between Ms. Raikes and Mr. Larry W. Raikes, Sr.

For the reasons set forth in the memorandum to the parties, we affirm. Rule 84.16(b).